## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| STEVEN C. STANFA and | § | Case Number: 17-81492 |
| LYNDA K. STANFA, | § | |
| Debtors. | § | JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on __December 18__, 2017, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Dennis R. Hewitt
Hewitt & Wagner
1124 Lincoln Highway
Rochelle, IL 61068

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

                                                      __/s/ Marti Maravich__

Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)
jolsenlaw@comcast.net

Bank of America
PO Box 851001
Dallas, TX 75285-1001

Cardmember Service
PO Box 1423
Charlotte, NC 28201-1423

Chase Amazon
Cardmember Service
PO Box 1423
Charlotte, NC 28201-1423

Chase Freedom
Cardmember Service
PO Box 1423
Charlotte, NC 28201-1423

Commerce Bank
PO Box 806000
Kansas City, MO 64180-6000

Discover
PO Box 6103
Carol Stream, IL 60197-6103

US BANK
PO BOX 5229
CINCINNATI, OH 45201-5229

Lynda K. Stanfa
424 Phyllis Ave
Rochelle, IL 61068-2134

Steven C. Stanfa
424 Phyllis Ave
Rochelle, IL 61068-2134